No. 531, Misc. SHELDON v. IOWA. Sup. Ct. Iowa. Certiorari denied. *Richard C. Turner,* Attorney General of Iowa, and *David A. Elderkin,* Assistant Attorney General, for respondent.

No. 596, Misc. ZERSCHAUSKY v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. *Fred A. Semaan* and *James R. Gillespie* for petitioner. *Crawford Martin,* Attorney General of Texas, *Lonnie Zwiener,* Assistant Attorney General, *James E. Barlow,* and *Preston H. Dial, Jr.,* for respondent.

No. 597, Misc. VAN ERMEN v. BURKE, WARDEN. C. A. 7th Cir. Certiorari denied. *Bronson C. La Follette,* Attorney General of Wisconsin, and *William A. Platz,* Assistant Attorney General, for respondent.

No. 615, Misc. LEMON v. OREGON. Sup. Ct. Ore. Certiorari denied. *George Van Hoomissen* and *Jacob B. Tanzer* for respondent.

No. 658, Misc. BANDY v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Acting Solicitor General Friedman, Assistant Attorney General Vinson,* and *Jerome M. Feit* for the United States.

No. 685, Misc. LESSARD v. DICKSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 727, Misc. GRIMSLEY v. PINTO, PRISON SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari denied.